NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAN WESNER d/b/a FISH TALES,      )
    )
        Appellant,      )
    )
v.      )      Case No. 2D18-3358
    )
JMS MARINAS, LLC d/b/a MAXIMO      )
HARBORAGE MARINA, a Delaware      )
limited liability company,      )
    )
        Appellee.      )
_____ )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Jack Day, Judge.

Kathleen Sweeney Ford, St. Petersburg, for
Appellant.

Samuel J. Heller of Heller Law, PLLC, St.
Petersburg, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.